**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OSCAR NAVA, individually and on behalf of all similarly situated employees, ) ) ) | |
| ) | Case No. 1:15-cv-07350 |
| Plaintiff, ) | |
| ) | Judge Sarah L. Ellis |
| v. ) | |
| ) | Magistrate Judge Jeffrey Cole |
| BARTON STAFFING SOLUTIONS, INC., ) ) | |
| Defendant. ) | |

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between the plaintiff, Oscar Jorge Nava-Canchola, through his attorney, Valentin T. Narvaez, and defendant, Barton Staffing Solutions, Inc., through their attorney, Nancy Richter, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice, with each party bearing its own attorneys' fees and costs, in accordance with the terms of said Release and Settlement Agreement.

Dated: August 16, 2016

/s/ Valentin T. Narvaez	/s/ Nancy Richter
Valentin T. Narvaez	Nancy Richter
Attorney for Plaintiff	Attorney for Defendant
Consumer Law Group	Slavin & Slavin LLC
6232 N. Pulaski, Suite 200	100 N. LaSalle Street, 25th Floor
Chicago, IL 60646	Chicago, IL 60602
(312) 878-1302	(312) 782-7848